Richard Earl WARD

v.

STATE

CR-13-1121

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Cedric Allen KING

v.

STATE

CR-13-1136

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

Marques COTTON

v.

ALABAMA DEP'T OF CORR.

CR-13-1143

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

Aven COTTON

v.

STATE

CR-13-1168

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

Antonio Dewayne HALL

v.

STATE

CR-13-1170

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed